IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETHANN MORRISON | : | CIVIL ACTION |
| v. | : | |
| HOSEA H. HARVEY, III | : | NO. 21-2616 |

ORDER

AND NOW, this 21st day of September, 2021, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendant Hosea H. Harvey, III to dismiss the complaint is GRANTED.

BY THE COURT:

/s/ Harvey Bartle III
                        J.